# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR81 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CHAD WINTERS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for a review of the detention order by defendant Chad Winters (Winters) (Filing No. 80). Winters seeks release to the Stephen Center for substance abuse treatment.

Winters's proposal for treatment at the Stephen Center does not reasonably assure the safety of the community or Winters's presence for further proceedings in light of Winters's prior record and circumstances of the present offense as described in the detention hearing.

Winters's motion for review of the detention order (Filing No. 80) is denied.

**IT IS SO ORDERED.**

DATED this 1st day of June, 2009.

BY THE COURT:

 s/Thomas D. Thalken
 United States Magistrate Judge