IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:09CR81 |
| vs. | ORDER |
| CHAD WINTERS, | |
| Defendant. | |

This matter is before the court on Steven D. Winters' Request for CD-Transcript by a Non-Party (Filing No. 337). Steven D. Winters seeks to obtain a transcription or an audio CD of the sentencing hearing held on March 19, 2010. He agrees to be responsible for all charges connected with preparation of the transcript and/or CD. Accordingly,

**IT IS ORDERED**:

1. Steven D. Winters' Request for CD-Transcript by a Non-Party (Filing No. 337) is granted.

2. Steven D. Winters may contact court reporter Brenda Fauber, at (402) 661-7322, to arrange for the requested preparation and payment.

3. The Clerk of Court shall mail a copy of this order to Steven D. Winters.

Dated this 16th day of September, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge