# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> CHAD WINTERS <br><br> Defendant. | 8:09CR81 <br><br> ORDER |

This matter is before the Court on the Defendant's Motion for Reconsideration, ECF No. 377.

IT IS ORDERED:

1. The Defendant's Motion for Reconsideration, ECF No. 377, is denied; and
2. The Clerk will mail a copy of this Memorandum and Order to the Defendant ant the Defendant's last known address.

Dated this 14th day of August, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge